UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

   vs.

DARIUS FRAZIER,                                **INDICTMENT**

      Defendant.
_____/

The Grand Jury charges:

## COUNT 1
(Possession of a Machinegun)

From on or about February 8, 2026, through on or about February 10, 2026, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

DARIUS FRAZIER,

knowingly possessed a machinegun, namely, a Glock 32 .357 SIG caliber pistol affixed with an aftermarket auto sear, knowing that it shot, and was designed and intended solely and exclusively for use in converting a weapon to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger.

18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)

## COUNT 2
(Felon in Possession of a Firearm)

From on or about February 8, 2026, through on or about February 10, 2026, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

DARIUS FRAZIER,

knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, a Glock 32 .357 SIG caliber pistol, which was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

## COUNT 3

(Possession with Intent to Distribute Controlled Substances)

On or about February 10, 2026, in Kalamazoo County, in the Southern Division of

the Western District of Michigan, the defendant,

DARIUS FRAZIER,

knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II

controlled substance, and fentanyl, a Schedule II controlled substance, each of which was

seized from inside a residence.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 4
(Possession with Intent to Distribute Fentanyl)

On or about February 10, 2026, in Kalamazoo County, in the Southern Division of

the Western District of Michigan, the defendant,

DARIUS FRAZIER,

knowingly and intentionally possessed with intent to distribute fentanyl, a Schedule II

controlled substance, which was seized from inside a vehicle.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

**FORFEITURE ALLEGATION**

The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of an offense in violation of 18 U.S.C. § 922(o) and/or 922(g)(1), set forth in this Indictment,

DARIUS FRAZIER

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to, a Glock Model 32 .357 SIG caliber pistol affixed with an aftermarket auto sear, and associated .357 SIG caliber ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)
18 U.S.C. § 922(o)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
AUSTIN J. HAKES
Assistant United States Attorney